JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTO CARLOS CRUZ, | ) | No. SA CV 10-01509-GW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ANTHONY HEDGPETH, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 21, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE