UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTO CARLOS CRUZ, | ) | No. SACV 10-01509-GW(VBK) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ANTHONY HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report"). The Court has made a _de novo_ determination of the Report.

The Court makes the following changes to the Report:

Page 7, line 4: delete the extra space between the words "time" and "to."

Page 11, line 14: change "which by due diligence" to "that, with reasonable diligence,".

Page 11, line 16: change "heretofore denominated" to "previously called."

Page 11, line 17: change "other misconduct or an adverse" to "misconduct by an opposing."

Page 11, lines 19-21: change "discharged, or a prior judgment upon which it is based has been reversed or other vacated, or it is no longer equitable that the judgment should have respective application" to "discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable;".

Page 11, line 22: change "justifying relief from the operation of the judgment" to "that justifies relief."

Page 16, line 25: change "Appellant" to "Appellate."

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, (2) grants Petitioner's Motion for written indication that the Court is willing to entertain a Motion for Relief from Judgment dismissing the Petition as untimely; and (3) requests the United States Court of Appeals for the Ninth Circuit to issue a remand pursuant to Fed.R.App.P. 12.1(b) allowing the District Court to conduct further proceedings.

DATED: September 24, 2014

GEORGE H. WU
UNITED STATES DISTRICT JUDGE