# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CARLOS CRUZ,<br><br>    Petitioner,<br><br>v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent. | Case No. CV 10-01509-GW (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: April 13, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE